DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KRYSTAL SLATER,

Appellant,

V.

WILLIAM SLATER,

Appellee.

NO. 2D23-120

_____

November 15, 2023

Appeal from the Circuit Court for Pasco County; Alicia Polk, Judge.

Krystal Slater, pro se.

Damien McKinney of McKinney Law Firm, PA, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.